UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID YATES, : | |
|         Plaintiff, : | |
| : | |
| v. : | No. 5:21-cv-02625 |
| : | |
| MAJEED KASSEM and 3M TRUCKING, LLC, : | |
|         Defendants. : | |

**O R D E R**

**AND NOW**, this 20th day of July, 2021, upon consideration of Defendants' Motion to Dismiss the Complaint in this matter, *see* ECF No. 3, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Defendants' Motion to Dismiss, ECF No. 3, is **GRANTED.**

2. Plaintiff's Complaint, ECF No. 1-5, is **DISMISSED, with prejudice.**

3. This case is **CLOSED.**

                                                      BY THE COURT:

                                                      */s/ Joseph F. Leeson, Jr.*
                                                      JOSEPH F. LEESON, JR.
                                                      United States District Judge